THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED 
 ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.  
 
THE STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Jimmy Lee Duncan, Appellant.
 
 
 

Appeal From Colleton County
 Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2004-UP-465
 Submitted September 15, 2004  Filed September 15, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender Tara S. Taggart, Office of Appellate Defense, 
 of Columbia,  for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for 
 Respondent.
 
 
 

PER CURIAM:  Jimmy Lee Duncan was indicted 
 for third-degree burglary and petit larceny.  He was acquitted of the petit 
 larceny charge and convicted of the third-degree burglary charge.  The trial 
 judge sentenced him to five years imprisonment.  An unrelated probationary sentence 
 was also revoked and a concurrent sentence of seven years imposed.  Duncan appeals.  

Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for Duncan 
 attached to the final brief a petition to be relieved as counsel, stating she 
 had reviewed the record and concluded Duncans appeal is without legal merit 
 sufficient to warrant a new trial.  Duncan did not file a separate pro 
 se response.  
After a thorough review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved.  
APPEAL DISMISSED. [1] 
STILWELL, BEATTY, and SHORT, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.